CLOSED,MDL,STAYED,Transferred_Out_District

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:13-cv-02192
### Internal Use Only

Armstrong et al. v. BP Exploration & Production Inc et al **Case transferred to Eastern District of Louisiana.**
Assigned to: Judge David Hittner
Lead case: 1:12-cv-00240
Member cases:
    4:13-cv-01427
    4:13-cv-01431
    4:13-cv-01433
    4:13-cv-01533
    4:13-cv-01535
    4:13-cv-01564
    4:13-cv-01671
    4:13-cv-01785
    4:13-cv-01912
    4:13-cv-01937
    4:13-cv-01945
    4:13-cv-01946
    4:13-cv-01949
    4:13-cv-01954
    4:13-cv-02027
    4:13-cv-02028
    4:13-cv-02192
    3:13-cv-00281
    4:13-cv-02843
    4:13-cv-02847
    4:13-cv-03355
Related Cases: 3:10-cv-00172
                4:10-cv-01607
                4:10-cv-01721
                4:10-cv-01851
                4:10-cv-01852
                4:10-cv-01854
                4:10-cv-01912
                3:10-cv-00211
                3:10-cv-00212
                3:10-cv-00213
                4:10-cv-01968
                4:10-cv-01969
                4:10-cv-01970
                4:10-cv-01971
                4:10-cv-01972
                3:10-cv-00215
                4:10-cv-01989
                4:10-cv-02030
                3:10-cv-00221
                4:10-cv-02088
                4:10-cv-02129
                4:10-cv-02254

Date Filed: 07/26/2013
Date Terminated: 08/06/2013
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

4:10-cv-02256
4:10-cv-02257
4:10-cv-02259
4:10-cv-02261
4:10-cv-02354
4:10-cv-02397
4:10-cv-02446
4:10-cv-02448
4:10-cv-02484
4:10-cv-02619
4:10-cv-02621
4:10-cv-02622
4:10-cv-02624
4:10-cv-02625
3:10-cv-00290
4:10-cv-02717
4:10-cv-02765
4:10-cv-02766
4:10-cv-02897
4:10-cv-02947
3:10-cv-00317
4:10-cv-03068
4:10-cv-03069
4:10-cv-03070
4:10-cv-03071
4:10-cv-03072
4:10-cv-03197
4:10-cv-03198
4:10-cv-03201
3:10-cv-00350
3:10-cv-00353
3:10-cv-00354
1:10-cv-00227
4:10-cv-03346
1:10-cv-00236
3:10-cv-00477
4:10-cv-04288
3:10-cv-00489
4:10-cv-04329
4:10-cv-04926
4:11-cv-00073
4:11-cv-00312
4:11-cv-00472
4:11-cv-01397
4:11-cv-01526
4:11-cv-01657
4:11-cv-01660
4:11-cv-01687
4:11-cv-01796
4:11-cv-02231
4:11-cv-02510
3:11-cv-00379
4:11-cv-03392
4:11-cv-03808
4:11-cv-04055
4:12-cv-00705
4:12-cv-00737
4:12-cv-00832

4:12-cv-00989
3:12-cv-00102
4:12-cv-01018
4:12-cv-01608
4:12-cv-01989
4:12-cv-02854
4:12-cv-03059
4:12-cv-03179
4:12-cv-03506
1:12-cv-00241
1:12-cv-00244
1:12-cv-00245
4:13-cv-00129
4:13-cv-00633
4:13-cv-01095
4:13-cv-01101
3:13-cv-00123
4:13-cv-01107
4:13-cv-01123
4:13-cv-01128
3:13-cv-00128
3:13-cv-00129
3:13-cv-00130
3:13-cv-00131
4:13-cv-01130
3:13-cv-00133
3:13-cv-00134
3:13-cv-00135
3:13-cv-00136
3:13-cv-00137
3:13-cv-00138
4:13-cv-01131
3:13-cv-00139
3:13-cv-00140
3:13-cv-00141
3:13-cv-00142
3:13-cv-00143
3:13-cv-00144
4:13-cv-01143
4:13-cv-01427
4:13-cv-01431
4:13-cv-01433
4:13-cv-01533
4:13-cv-01535
4:13-cv-01564
4:13-cv-01671
4:13-cv-01785
4:13-cv-01912
4:13-cv-01937
4:13-cv-01940
4:13-cv-01945
4:13-cv-01946
4:13-cv-01949
4:13-cv-01954
4:13-cv-02027
4:13-cv-02028
3:13-cv-00281
4:13-cv-02843

    4:13-cv-03355
    4:13-cv-02847
    4:13-cv-02847
Case in other court: 190th JDC of Harris County, Texas, 13-32344
Cause: 28:1331 Fed. Question

**Plaintiff**

**Angela Armstrong, et al.**    represented by   **Brent Wayne Coon**
Brent Coon And Associates PC
215 Orleans
Beaumont, TX 77701
409-835-2666
Fax: 409-833-4025
Email: brent@bcoonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BP Exploration & Production Inc**    represented by   **Georgia Lee Lucier**
Andrews Kurth LLP
600 Travis St
Ste 4200
Houston, TX 77002
713-220-4177
Fax: 713-238-7349
Email: georgialucier@andrewskurth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas W Taylor**
Andrews and Kurth
600 Travis
Suite 4200
Houston, TX 77002
713-220-4200
Fax: 713-220-4285
Email: ttaylor@andrewskurth.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BP America Production Company**    represented by   **Georgia Lee Lucier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas W Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BP Corporation North America Inc.**    represented by   **Georgia Lee Lucier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas W Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transocean Offshore Deepwater Drilling Inc**    represented by   **John M Elsley**
Royston Rayzor et al

|  |  |  |
|---|---|---|
|  | | 711 Louisiana<br>Suite 500<br>Houston, TX 77002-2716<br>713-224-8380<br>Fax: 713-225-9945<br>Email: john.elsley@roystonlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Transocean Holdings LLC** | represented by | **John M Elsley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Transocean Deepwater Inc.** | represented by | **John M Elsley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Transocean Ltd.** | represented by | **John M Elsley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Triton Asset Leasing GmbH** | represented by | **John M Elsley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Halliburton Energy Services** | represented by | **Donald Everett Godwin**<br>Godwin Lewis PC<br>1201 Elm St<br>Ste 1700<br>Dallas, TX 75270<br>214-939-4400<br>Fax: 214-760-7332<br>Email: Don.Godwin@GodwinLewis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**BP PLC**

**Defendant**

**Sperry Drilling Services**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2013 | 1 | NOTICE OF REMOVAL from 190th Judicial District Court of Harris County Texas, case number 2013-32344 (Filing fee $ 400 receipt number 0541-11771920) filed by BP America Production Company Inc., BP Exploration & Production Inc, BP Corporation North America Inc.. (Attachments: # 1 Exhibit Index of Removal Documents, # 2 Civil Cover Sheet, # 3 Exhibit List of Counsel of Record, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H)(Taylor, Thomas) (Entered: 07/26/2013) |
| 07/26/2013 | 🔒 | (Court only) ***Attorney Brent Wayne Coon for Angela Armstrong, et al.,Donald Everett Godwin for Halliburton Energy Services Inc,John M Elsley for Transocean Deepwater Inc.,John M Elsley for |

| | | |
|---|---|---|
| | | Transocean Holdings LLC,John M Elsley for Transocean Ltd.,John M Elsley for Transocean Offshore Deepwater Drilling Inc. (TODDI),John M Elsley for Triton Asset Leasing GmbH added. (dhansen, ) (Entered: 07/26/2013) |
| 07/29/2013 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 10/30/2013 at 02:00 PM in Courtroom 703 before Magistrate Judge Stephen Smith(Signed by Magistrate Judge Stephen Smith) Parties notified.(rsmith) (Entered: 07/29/2013) |
| 07/29/2013 | 3 | CERTIFICATE OF SERVICE IN A REMOVED ACTION by BP America Production Company Inc., BP Corporation North America Inc., BP Exploration & Production Inc, filed.(Lucier, Georgia) (Entered: 07/29/2013) |
| 07/30/2013 | 4 | NOTICE *of Filing of Limitation Action and Entry of Order Restraining Prosecution of Claims* by Transocean Deepwater Inc., Transocean Holdings LLC, Triton Asset Leasing GmbH, filed. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Elsley, John) (Entered: 07/30/2013) |
| 08/01/2013 | 5 | Unopposed MOTION to Stay by BP America Production Company Inc., BP Corporation North America Inc., BP Exploration & Production Inc, filed. Motion Docket Date 8/22/2013. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order)(Taylor, Thomas) (Entered: 08/01/2013) |
| 08/02/2013 | 6 | ORDER granting 5 UNOPPOSED MOTION FOR STAY OF PROCEEDINGS ANDSUSPENSION OF DEADLINES PENDING TRANSFER BY THEJUDICIAL PANEL ON MULTIDISTRICT LITIGATION.(Signed by Judge David Hittner) Parties notified.(gkelner, ) (Entered: 08/02/2013) |
| 08/06/2013 | 7 | ORDER closing case administratively pending MDL transfer. Case terminated on August 6, 2013 (Signed by Judge David Hittner) Parties notified.(ealexander, ) Modified on 12/16/2013 (ltien, 4). (Entered: 08/06/2013) |
| 12/16/2013 | 8 | JPML CONDITIONAL TRANSFER ORDER transferring case to Eastern District of Louisiana to be included in MDL Docket No. 2179. (lgouadi, 4) (Entered: 12/16/2013) |
| 12/16/2013 | | Interdistrict transfer to Eastern District of Louisiana: Notice of Removal, docket sheet and MDL Transfer Order emailed to oilspill_mdl_clerk@laed.uscourts.gov. (lgouadi, 4) (Entered: 12/16/2013) |